| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>JOLLY, E. GRADY | 2. Court or Organization<br><br>COURT OF APPEALS FIFTH | 3. Date of Report<br><br>08/22/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>JUDGE ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>501 EAST COURT STREET, ROOM 3.850<br>JACKSON, MS 39201 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   ADVISORY BOARD | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION (fja) | 04/13/15-04/15/15 | WASHINGTON, DC | ATTEND FEDERAL JUDGES ASSOCIATION ANNUAL BOARD MEETING MEETING | TRANSPORTATION, LODGING & MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JOLLY, E. GRADY** | 08/22/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bancorpsouth Money Market Acc't IRA | A | Interest | | | Merged (with line 26) | 02/26/15 | J | | |
| 2. Snopes Corp. Common Stock | A | Int./Div. | | | Closed | 06/26/15 | J | A | |
| 3. Gold Bullion 23 oz. | | None | K | T | | | | | |
| 4. Silver Bullion 850 oz. | | None | J | T | | | | | |
| 5. Fred's Inc. Common Stock | A | Dividend | K | T | | | | | |
| 6. Trustmark Bank Acc't | A | Interest | L | T | | | | | |
| 7. Trustmark Bank Acc't | A | Interest | K | T | | | | | |
| 8. Trustmark Bank Acc't | | None | J | T | | | | | |
| 9. Trustmark Bank Acc't | A | Interest | L | T | | | | | |
| 10. Trustmark Bank Acc't | A | Interest | M | T | | | | | |
| 11. "(H)" BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 12. Keely Sm Cap Val Fd | B | Dividend | J | T | | | | | |
| 13. U S Gov't Money Mkt Fd RBC Reserve Class | A | Dividend | J | T | | | | | SEE FOOTNOTE 2 |
| 14. Berkshire Hathaway Cl B | | None | J | T | | | | | |
| 15. J P Morgan Tr II L Cap Gr Fd Cl A | A | Dividend | K | T | | | | | |
| 16. Parnassus Core Equity Fd | A | Dividend | K | T | | | | | SEE FOOTNOTE 3 |
| 17. SPDR S & P 500 ETF Tr | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR S & P Dividend ETF | A | Dividend | J | T | | | | | SEE FOOTNOTE 4 |
| 19. Proshares S&P 500 Div Aristocrats ETF | A | Dividend | J | T | | | | | |
| 20. SPDR Dow Jones Ind Avg ETF Tr Unit Ser 1 | A | Dividend | J | T | | | | | |
| 21. Wisdom Tr Europe Hedged Equity Fund | A | Dividend | J | T | Buy | 03/31/15 | J | | |
| 22. "(H)" IRA ACCOUNT # 1 | | | | | | | | | |
| 23. Columbia Acorn Fd - IRA | | None | | | Sold | 01/14/15 | K | C | |
| 24. First Eagle Global Fd - IRA | A | Dividend | J | T | | | | | |
| 25. Alger Spectra Fd - IRA | B | Dividend | K | T | | | | | |
| 26. US Gov't Money Market Fund RBC Reserve Class-IRA | A | Interest | J | T | | | | | SEE FOOTNOTE 5 |
| 27. J P Morgan Tr Value Advantage Fd-IRA | A | Dividend | K | T | | | | | |
| 28. Ishares Select Dividend ETF-IRA | A | Dividend | K | T | | | | | |
| 29. SPDR Ser Tr S&P Div ETF-IRA | A | Dividend | J | T | | | | | |
| 30. Berkshire Hathway Cl B-IRA | | None | J | T | | | | | |
| 31. Parnassus Core Equity Fd-IRA | C | Dividend | K | T | | | | | SEE FOOTNOTE 1 |
| 32. SPDR S&P 500 ETF Tr-IRA | A | Dividend | J | T | | | | | |
| 33. Proshares S&P 500 Aristocrats ETF-IRA | A | Dividend | J | T | Buy | 08/21/15 | J | | |
| 34. Ishares S&P Mid Cap 400 Growth ETF-IRA | A | Dividend | J | T | Buy | 01/14/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 08/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wisdomtree Tr Europe Hedged Equity Fd-IRA | A | Dividend | J | T | Buy | 03/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JOLLY, E. GRADY** | 08/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FOOTNOTE 1:PARNASSUS INC TR EQ INC NAME CHANGED TO PARNASSUS CORE EQUITY FUND.

FOOTNOTE 2: J P MORGAN TR II U S GOV'T MONEY MKT FD WAS CHANGED TO US GOV'T MONEY MARKET FUND RBC RESERVE CLASS ON 5/19/14 WHEN THE BROKER CHANGED TRANSFER AGENTS. THIS CHANGE WAS NOT NOTED ON THE 2014 REPORT. REQUEST THAT YOU ACCEPT THIS CHANGE AS AN AMENDMENT TO BOTH THE 2015 AND 2014 REPORTS.

FOOTNOTE 3: PARNASSUS INC TR EQ INC PORTFOLIO NAME CHANGED TO PARNASSUS CORE EQUITY FUND

FOOTNOTE 4: SPDR SER TR S&P DIVIDEND ETF NAME CHANGED TO SPDR S&P DIVIDEND ETF

FOOTNOTE 5: J P MORGAN MONEY MKT-IRA NAME CHANGED TO US GOV'T MONEY MARKET FUND RBC RESERVE CLASS ON 5/19/14 WHEN THE BROKER CHANGED TRANSFER AGENTS. THIS CHANGE WAS NOT NOTED ON THE 2014 REPORT. REQUEST THAT YOU ACCEPT THIS CHANGE AS AN AMENDMENT TO BOTH THE 2015 AND THE 2014 REPORTS.

# FINANCIAL DISCLOSURE REPORT
Page 8 of 8

Name of Person Reporting

JOLLY, E. GRADY

Date of Report

08/22/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ E. GRADY JOLLY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544